Chicago Podiatry Services P.C.
1514 E 87 th Street
Chicago, Il 60619

Chicago Podiatry Services P.C.
1514 E 87 th Street
Chicago, IL 60619

Chicago Podiatry Services, PC
1514 E 87 th Street
Chicago, IL 60619

Chicago Podiatry Supplies
1514 E 87 th Street
Chicago, IL 60619

Chicago Podiatry Supplies, LLC
1514 E 87 th Street
Chicago, Il 60619

Chicago Podiatry Supplies, LLC
1514 E 87 th Street
Chicago, IL 60619

Chicago Podiatry Surgicore
1514 E 87 th Street
Chicago, IL 60619

Chicago Podiatry Surgicore Ltd
1514 E 87 th Street
Chicago, IL 60619

Chicago Podiatry Surgicore Ltd
1514 E 87 th Street
Chicago, Il 60619

Jeremy Cowan

Jeremy Cowan
1514 E 87 th Street
Chicago, IL 60619

Jeremy Cowan
1514 E 87 th Street
Chicago,IL 60619

Jeremy Cowan
1514 E 87 th Street
Chicago, IL 60619

Jeremy Cowan
1514 E 87 th Street

City of Chicago Water Department
Dept of Revenue
PO Box 6330
Chicago, IL 6330

Com Ed
PO Box 6112
Carol Stream, IL 60197

Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602

Credit Mediators, Inc.
P.O Box 456
Upper Darby, PA 19082

JPMORGAN CHASE BANK NA
Robert F. Rabin
C/O ROBBINS SALOMON & PATT
25 E WASHINGTON 1000
CHICAGO IL, 60602 312.782.1268


Mitchell Rosner
1220 Astor,
Chicago, IL 60610



Peoples Energy  Natural Gas Delivery
1518 E 87th St
Chicago, IL 60619



Ralph's Heating Service, Inc.
2710 E. 79th St
Chicago, IL 60649



Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603


US SMALL BUSINESS ADMIN
Patrick J. Fitzgerald
United Stated Attorney
219 S,. Dearborn Street
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                         Bankruptcy Case Number: _____

**JDB DEVELOPMENTS, LLC**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Dated: **11/17/2010** _____          **s/ Jeremy  DM Cowan** _____

                                                **Jeremy  DM Cowan**

                                                               Debtor

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JDB DEVELOPMENTS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **26-2159600** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1514 East 87th Street**<br>**Chicago, IL**<br>ZIP CODE **60619** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**Limited Liability Company** | ☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**JDB DEVELOPMENTS, LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |
|---|

| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |
|---|

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❏   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X**   **Not Applicable** _____<br><br>    Signature of Attorney for Debtor(s)      Date |

| Exhibit C |
|---|

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❏   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

| Exhibit D |
|---|

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ❏   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ❏   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |

   ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ❏   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

   ❏   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |

   ❏   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                        _____
                        (Name of landlord that obtained judgment)

                        _____
                        (Address of landlord)

   ❏   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ❏   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ❏   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JDB DEVELOPMENTS, LLC** |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td>
</tr>
<tr>
<td>

### Signature of Attorney

X **/s/ Alexander Drapatsky**
_____
Signature of Attorney for Debtor(s)

**Alexander Drapatsky  Bar No.  6242813**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**O. Allan Fridman**
_____
Firm Name

**555 Skokie Blvd Suite 500 Northbrook, IL 60062**
_____
Address

**847-412-0788**            **847-412-0898**
_____
Telephone Number

**11/17/2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Jeremy  DM Cowan**
_____
Signature of Authorized Individual

**Jeremy  DM Cowan**
_____
Printed Name of Authorized Individual

**Member**
_____
Title of Authorized Individual

**11/17/2010**
_____
Date

</td>
<td>

</td>
</tr>
</table>

## United States Bankruptcy Court

### Northern District of Illinois

**Eastern Division**

In re: | Case No. _____
Chapter   **11**

**JDB DEVELOPMENTS, LLC**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jeremy Cowan**, declare under penalty of perjury that I am the **Manager** of **JDB DEVELOPMENTS, LLC,** a **Illinois** Corporation and that on **11/16/2010** the following resolution was duly adopted by the **Jermey Cowan** of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jeremy  DM Cowan**, **Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and


Be It Further Resolved, that **Jeremy  DM Cowan**, **Member** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


 Be It Further Resolved, that **Jeremy  DM Cowan**, **Member** of this Corporation, is authorized and directed to employ **Alexander Drapatsky**, attorney and the law firm of **O. Allan Fridman** to represent the Corporation in such bankruptcy case."


Executed on:  __11/17/2010_____          Signed:   __s/ Jeremy  DM Cowan_____
                                                          **Jeremy Cowan**

**B6A (Official Form 6A) (12/07)**

In re:   **JDB DEVELOPMENTS, LLC**                                    Case No. _____

                    Debtor                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1514-1516  East 87th Street, Chicago, IL 60619** | **Fee Owner** | | **$1,500,000.00** | **$2,835,072.47** |

|  |  |  |
|---|---|---|
| **Total** ➢ | **$1,500,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **JDB DEVELOPMENTS, LLC** _____ ,    Case No. _____

Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Zurich General Property Insurance** | | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Recovery Cafe, Inc.** | | **296,310.66** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JDB DEVELOPMENTS, LLC** _____,   Case No. _____

Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office furniture, waiting room furniture, 6 CRT TV, VCR** | | **1,000.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_1_  continuation sheets attached          Total   ▸   **$ 297,310.66**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **JDB DEVELOPMENTS, LLC** _____.          Case No. _____
                                              **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❏  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | **Mortgage** **1514-1516  East 87th Street, Chicago, IL 60619** | | | | 1,708,439.00 | 208,439.00 |
| JPMORGAN CHASE BANK NA Robert F. Rabin C/O ROBBINS SALOMON & PATT 25 E WASHINGTON 1000 CHICAGO IL, 60602 312.782.1268  Thompson Coburn LLP 55 East Monroe Street 37th Floor Chicago, IL 60603 | | | **VALUE $1,500,000.00** | | | | | |
| ACCOUNT NO. | X | | **Security Agreement** **1514-1516  East 87th Street, Chicago, IL 60619** | | | | 300,000.00 | 0.00 |
| Mitchell Rosner 1220 Astor, Chicago, IL 60610 | | | **VALUE $1,500,000.00** | | | | | |
| ACCOUNT NO. | X | | **Security Agreement** **1514-1516  East 87th Street, Chicago, IL 60619** | | | | 826,633.47 | 0.00 |
| US SMALL BUSINESS ADMIN Patrick J. Fitzgerald United Stated Attorney 219 S,. Dearborn Street Chicago, IL 60604 | | | **VALUE $1,500,000.00** | | | | | |

0   continuation sheets
      attached

Subtotal  ➢
(Total of this page)

**$ 2,835,072.47** **$ 208,439.00**

Total  ➢
(Use only on last page)

**$ 2,835,072.47** **$ 208,439.00**

(Report also on Summary of Schedules)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re __JDB DEVELOPMENTS, LLC_____     Case No. _____
                                    Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **JDB DEVELOPMENTS, LLC**                                   ,   Case No. _____
                              Debtor                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cook County Treasurer**<br>**118 N. Clark St., Suite 112**<br>**Chicago, IL 60602** | | | **Property Taxes for 1514-1516 E 87th, Chicago, IL**<br>**20-35-416-016-000**<br>**20-35-416-017-000**<br>**20-35-416-018-000**<br>**20-35-416-019-000**<br>**20-35-416-020-000**<br>**20-35-416-021-000** | | | | **29,049.96** | **29,049.96** | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)    $ **29,049.96**  $ **29,049.96**  $ **0.00**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **29,049.96**

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $ **29,049.96**  $ **0.00**

B6F (Official Form 6F) (12/07)

In re   **JDB DEVELOPMENTS, LLC**                              Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**City of Chicago Water Department<br>Dept of Revenue<br>PO Box 6330<br>Chicago, IL 6330** | | | water bill | | | | 2,709.41 |
| ACCOUNT NO.<br><br>**Com Ed<br>PO Box 6112<br>Carol Stream, IL 60197** | | | electrical utility | | | | 13,676.96 |
| ACCOUNT NO.<br><br>**Credit Mediators, Inc.<br>P.O Box 456<br>Upper Darby, PA 19082** | | | Allied waste Management | | | X | 1,570.45 |
| ACCOUNT NO.<br><br>**Peoples Energy  Natural Gas Delivery<br>1518 E 87th St<br>Chicago, IL 60619** | | | natural gas utility | | | | 535.21 |
| ACCOUNT NO.<br><br>**Ralph's Heating Service, Inc.<br>2710 E. 79th St<br>Chicago, IL 60649** | | | Heating repair | | | X | 1,053.92 |

_0_   Continuation sheets attached

Subtotal ➢ $   **19,545.95**

Total ➢ $   **19,545.95**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Alexander Drapatsky   6242813**
**O. Allan Fridman**
**555 Skokie Blvd Suite 500**
**Northbrook, IL 60062**


**847-412-0788**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:

Debtor: **JDB DEVELOPMENTS, LLC**

Social Security Number:   **26-2159600**

Case No:

Chapter  **11**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| **1.**   **City of Chicago Water Department**<br>**Dept of Revenue**<br>**PO Box 6330**<br>**Chicago, IL 6330** | **Unsecured Claims** | **$ 2,709.41** |
| **2.**   **Com Ed**<br>**PO Box 6112**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$ 13,676.96** |
| **3.**   **Cook County Treasurer**<br>**118 N. Clark St., Suite 112**<br>**Chicago, IL 60602** | **Priority Claims** | **$ 29,049.96** |
| **4.**   **Credit Mediators, Inc.**<br>**P.O Box 456**<br>**Upper Darby, PA 19082** | **Unsecured Claims** | **$ 1,570.45** |
| **5.**   **JPMORGAN CHASE BANK NA**<br>**Robert F. Rabin**<br>**C/O ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**CHICAGO IL, 60602 312.782.1268** | **Secured Claims** | **$1,708,439.00** |

In re:    **JDB DEVELOPMENTS, LLC**                              Case No. _____

**6 .**   **Mitchell Rosner**                **Secured Claims**              **$ 300,000.00**
          **1220 Astor,**
          **Chicago, IL 60610**

**7 .**   **Peoples Energy  Natural Gas Delivery**    **Unsecured Claims**         **$    535.21**
          **1518 E 87th St**
          **Chicago, IL 60619**

**8 .**   **Ralph's Heating Service, Inc.**     **Unsecured Claims**         **$  1,053.92**
          **2710 E. 79th St**
          **Chicago, IL 60649**

**9 .**   **US SMALL BUSINESS ADMIN**           **Secured Claims**           **$ 826,633.47**
          **Patrick J. Fitzgerald**
          **United Stated Attorney**
          **219 S,. Dearborn Street**
          **Chicago, IL 60604**

In re:   **JDB DEVELOPMENTS, LLC**                                    Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **JDB DEVELOPMENTS, LLC** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **2 sheets** (not including this declaration), and that it is true
to the best of my information and belief.

Signature:     **s/ Jeremy  DM Cowan** _____

               **JDB DEVELOPMENTS, LLC**

Dated:         **11/17/2010** _____

**B6G (Official Form 6G) (12/07)**

In re:  **JDB DEVELOPMENTS, LLC**                                  Case No. _____
_____.
                      **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **SK Properties Group**<br>**1525 East 53rd Street**<br>**Suite 430**<br>**Chicago, IL 60615** | **listing agent to lease space** |

B6H (Official Form 6H) (12/07)

In re: **JDB DEVELOPMENTS, LLC** _____     Case No. _____
_____
Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chicago Podiatry Services P.C.**<br>**1514 E 87 th Street**<br>**Chicago, Il 60619**<br><br>**Chicago Podiatry Supplies, LLC**<br>**1514 E 87 th Street**<br>**Chicago, Il 60619**<br><br>**Chicago Podiatry Surgicore Ltd**<br>**1514 E 87 th Street**<br>**Chicago, Il 60619**<br><br>**Jeremy Cowan**<br>**1514 E 87 th Street**<br>**Chicago,IL 60619** | **JPMORGAN CHASE BANK NA**<br>Robert F. Rabin<br>**C/O ROBBINS SALOMON & PATT**<br>**25 E WASHINGTON 1000**<br>**CHICAGO IL, 60602 312.782.1268** |
| **Chicago Podiatry Services P.C.**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619**<br><br>**Chicago Podiatry Supplies, LLC**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619**<br><br>**Chicago Podiatry Surgicore Ltd**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619**<br><br>**Jeremy Cowan**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619** | **Mitchell Rosner**<br>**1220 Astor,**<br>**Chicago, IL 60610** |
| **Chicago Podiatry Services, PC**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619**<br><br><br>**Chicago Podiatry Supplies**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619**<br><br>**Chicago Podiatry Surgicore**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619**<br><br>**Jeremy Cowan**<br>**1514 E 87 th Street**<br>**Chicago, IL 60619**<br><br>**Jeremy Cowan**<br>**1514 E 87 th Street** | **US SMALL BUSINESS ADMIN**<br>Patrick J. Fitzgerald<br>**United Stated Attorney**<br>**219 S,. Dearborn Street**<br>**Chicago, IL 60604** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **JDB DEVELOPMENTS, LLC**                                      Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeremy Cowan** | **US SMALL BUSINESS ADMIN**<br>**Patrick J. Fitzgerald**<br>**United Stated Attorney**<br>**219 S,. Dearborn Street**<br>**Chicago, IL 60604** |

Form 6 - Statistical Summary (12/07)

**Official Form B6 - Statistical Summary (12/07)**                    **2007 USBC, Central District of California**

### United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)      UNITED STATES BANKRUPTCY COURT – NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re _____,      Case No. _____
                        Debtors                         Chapter  _____

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| In re                                          Debtor(s). | CHAPTER: <br> CASE NO.: |
| Debtor(s): | Case No.: <br> (If known) <br> Chapter: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   0.00 |

2007 USBC, Central District of California

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (12/07)        UNITED STATES BANKRUPTCY COURT – NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re _____,        Case No. _____

Debtors        Chapter _____

| UNITED STATES BANKRUPTCY COURT |
|---|

| In re                          Debtor(s): | CHAPTER: CASE NO.: |
|---|---|
| Debtor(s): | Case No.: (If known) Chapter: |

**State the following:**

| Average Income (from Schedule I, Line 16) | $ | **0.00** |
|---|---|---|
| Average Expenses (from Schedule J, Line 18) | $ | **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **0.00** |
| 4. Total from Schedule F | | $ **0.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **0.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re **JDB DEVELOPMENTS, LLC**                                    ,        Case No. _____
_____
Debtor                                                 Chapter    11   _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $   1,500,000.00 | | |
| B - Personal Property | YES | 2 | $   297,310.66 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $   2,835,072.47 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $   29,049.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   19,545.95 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 10 | $   1,797,310.66 | $   2,883,668.38 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re __JDB DEVELOPMENTS, LLC__                          Case No. _____
                    **Debtor**                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Jeremy  DM Cowan**, the **Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __12__ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.


Date    __11/17/2010__                Signature:    **s/ Jeremy  DM Cowan**
                                                   **Jeremy  DM Cowan Member**
                                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re:  **JDB DEVELOPMENTS, LLC**                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Jeremy  DM Cowan**, **Member** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  <u>11/17/2010</u>                    s/ Jeremy  DM Cowan

Jeremy  DM Cowan, Member, JDB DEVELOPMENTS, LLC
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **JDB DEVELOPMENTS, LLC**                                    Case No.

Debtor.                                                                        Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **JDB DEVELOPMENTS, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                    **% of Shares Owned**

**None**

OR,

   **X**   There are no entities to report.

By /s/ Alexander Drapatsky
   **Alexander Drapatsky**
   Signature of Attorney
   Counsel for   **JDB DEVELOPMENTS, LLC**
   Bar no.:   **6242813**
   Address.:   **O. Allan Fridman**
                    **555 Skokie Blvd Suite 500**
                    **Northbrook, IL 60062**
   Telephone No.: **847-412-0788**
   Fax No.:   **847-412-0898**
   E-mail address: